**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - X

Adam Wesley Moses;

Plaintiff,

v.

Civil Action No.
1:26-cv-275

(Komitee, J.)
(Merkl, M.J.)

U.S. Citizenship and Immigration Services,

Defendant.

- - - - - - - - - - - - - - - - - - - X

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: Brookyln, New York

July 29, 2026

Adam Wesley Moses, Esq.
110 4th Avenue, Apt. 6E
Brooklyn, New York 11217
adam.moses@gmail.com

By: ______________________
Adam Wesley Moses, Esq.

Dated: Brooklyn, New York
July 23, 2026

JOSEPH NOCELLA, JR.
United States Attorney
*Attorney for Defendants*
Eastern District of New York
271 Cadman Plaza East, 7th Fl.
Brooklyn, New York 11201

By: /s/ *Alexandra Megaris*
Alexandra Megaris
Assistant U.S. Attorney
(718) 254-6105
alexandra.megaris@usdoj.gov